No. 98–224. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. SNOWDEN. C. A. 11th Cir. Certiorari denied.

No. 98–260. BYRD ET AL. v. CANTU ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–263. TISCHMANN v. ITT/SHERATON CORP. C. A. 2d Cir. Certiorari denied.

No. 98–307. MELODY v. BOROUGH OF EATONTOWN ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–312. BENION ET UX. v. BANK ONE, DAYTON, N. A., ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–314. MATTSON v. SCHULTZ. C. A. 7th Cir. Certiorari denied.

No. 98–325. DOE v. BERKELEY PUBLISHERS, DBA THE BERKELEY INDEPENDENT. Sup. Ct. S. C. Certiorari denied.

No. 98–334. FREED, FKA FRIEDLANDER v. AMERICAN ARBITRATION ASSN. ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–335. HUNNEWELL v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 98–336. RITCHEY v. UPJOHN DRUG CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–337. PNEUMO ABEX CORP. ET AL. v. HIGH POINT, THOMASVILLE & DENTON RAILROAD CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–339. KELLEY v. KLUGER, PERETZ, KAPLAN & BERLIN ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–345. KEEVER v. CITY OF MIDDLETOWN. C. A. 6th Cir. Certiorari denied.

No. 98–351. BEARD v. BAUM ET AL. Sup. Ct. Alaska. Certiorari denied.